| | |
|---|---|
| 1 | David E. Bower (SBN 119546)<br>**MONTEVERDE & ASSOCIATES PC**<br>600 Corporate Pointe, Suite 1170<br>Culver City, CA 90230<br>Tel: (213) 446-6652<br>Fax: (212) 202-7880<br>Email: dbower@monteverdelaw.com |

*Counsel for Individual and Representative Plaintiff* John Solak

[*Additional counsel listed on signature block*]



**GRANTED**
Judge Edward J. Davila
8/2/2017

The Clerk shall close this file.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SOLAK, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEXVET BIOPHARMA PUBLIC LIMITED COMPANY, MARK HEFFERNAN, GEORGE GUNN, CHRISTOPHER BROWN, ASHRAF HANNA, CORMAC KILTY, JOSEPH MCCRACKEN, RAJIV PATEL, and JOHN PAYNE,<br><br>Defendants. | Case No.   17-cv-03530<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT to FED R. Civ. P. 41(a)(1)(A)** |

    Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff John Solak ("Plaintiff") voluntarily dismisses the captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

August 1, 2017

|  |  |
|---|---|
| **OF COUNSEL** | */s/ David E. Bower* <br> David E. Bower SBN 119546 <br> **MONTEVERDE & ASSOCIATES PC** <br> 600 Corporate Pointe, Suite 1170 <br> Culver City, CA 90230 <br> Tel: (310) 446-6652 <br> Fax: (212) 202-7880 <br> Email:  dbower@monteverdelaw.com |
| **MONTEVERDE & ASSOCIATES PC** <br> Juan E. Monteverde <br> The Empire State Building <br> 350 Fifth Avenue, Suite 4405 <br> New York, NY 10118 <br> Tel: (212) 971-1341 <br> E-mail: jmonteverde@monteverdelaw.com | |
|  | *Counsel for Individual and Representative Plaintiff John Solak* |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)